UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAY 18 P 12: 08

UNITED STATES OF AMERICA

V.                                              DOCKET NO. 15-MJ-24-AJ

PEDRO PENA

## WAIVER OF SPEEDY TRIAL

I, Pedro Pena, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 5/13/15

_____
Pedro Pena

_____
Paul J. Garrity