UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.  DOCKET NO. 15-MJ-24-AJ

PEDRO PENA



2015 SEP 11  A 8: 46

# WAIVER OF SPEEDY TRIAL RIGHTS

    I, Pedro Pena, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.
    I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial Knowingly, intelligently, and voluntarily

Date: 8/8/15

_____
Pedro Pena

_____
Eduardo Masferrer